1 of 10

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri
__________ Division

ANTONIO NATHANIEL SPEED-BEY,
Plaintiff,

VS.

STATE OF MISSOURI DEPARTMENT OF MENTAL HEALTH; VALERIE HUHN, DIRECTOR, INDIVIDUAL AND OFFICIAL CAPACITY, TIMOTHY WILSON, PSY.D., DIRECTOR OF FORENSIC SERVICES, INDIVIDUAL AND OFFICIAL CAPACITY, ANGELINE STANISLAUS, M.D., CHIEF MEDICAL DIRECTOR, INDIVIDUAL AND OFFICIAL CAPACITY, FULTON STATE HOSPITAL; RUSSEL DETREMPE, LCSW, ACSW, CHIEF EXECUTIVE OFFICER, INDIVIDUAL AND OFFICIAL CAPACITY, ANDREW RESNIK, MD, MEDICAL DIRECTOR, INDIVIDUAL AND OFFICIAL

Case No. __________

CAPACITY, NAVEEN YARASI, MD, CDP
HEARING CHAIRPERSON, INDIVIDUAL
AND OFFICIAL CAPACITY, AMY LEWIS,
PHD, INDIVIDUAL AND OFFICIAL
CAPACITY, KATY KLICK, LCSW,
INDIVIDUAL AND OFFICIAL CAPACITY,
JAIRAM DAS, MD, TREATING
PSYCHIATRIST, INDIVIDUAL AND
OFFICIAL CAPACITY, GRACE MUNTHALI,
APRN, INDIVIDUAL AND OFFICIAL
CAPACITY, ETC. AL.,

Defendant(s).

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

# I. The Parties to This Complaint

## A. Plaintiff

Antonio Nathaniel Speed-Bey
AKA Antonio Speed
[ID Number 250196]
FULTON STATE HOSPITAL
Fulton, MO [65251-1753]

## B. Defendant(s)

Defendant No. 1
STATE OF MISSOURI DEPARTMENT OF MENTAL HEALTH: Government Agency
1706 EAST ELM STREET, P.O. BOX 687
JEFFERSON CITY, MISSOURI [65102]

Defendant No. 2
Valerie Huhn
Director Department of Mental Health
1706 EAST ELM STREET, P.O. BOX 687
JEFFERSON CITY, MISSOURI [65102]

Both

Defendant No. 3
Timothy Wilson, PSY D
Director of Forensic Services
1706 EAST ELM STREET, P.O. Box 687
JEFFERSON CITY, MISSOURI [65102]

Both

Defendant No. 4
Angeline Stanislaus, M.D.
Chief Medical Director
1706 EAST ELM STREET, P.O. BOX 687
JEFFERSON CITY, MISSOURI [65102]

Both

Defendant No. 5
FULTON STATE HOSPITAL: Government Agency
600 East 5th Street
Fulton, MO [65251-1753]

Defendant No. 6
Russel Detrempe, LCSW, ACSW
Chief Executive Officer
600 East 5th Street
Fulton, MO [65251-1753]

Both

Defendant No. 7
Andrew Resnik, MD
Medical Director
600 East 5th Street
Fulton, MO [65251-1753]

Both

Defendant No. 8

Naveen Yarasi, MD.
CDP Hearing Chairperson
600 East 5th Street
Fulton, MO [65251-1753]

Both

Defendant No. 9
Amy Lewis, PHD
600 East 5th Street
Fulton, MO [65251-1753]

Both

Defendant No. 10
Katy Klick, LCSW
600 East 5th Street
Fulton, MO [65251-1753]

Both

Defendant No. 11
Jairam Das, MD
Treating Psychiatrist
600 East 5th Street
Fulton, MO [65251-1753]

Both

Defendant No. 12
Grace Munthali, APRN
600 East 5th Street
Fulton, MO [65251-1753]

Both

## II. Basis for Jurisdiction

Deprivation of liberty by State or local officials. Due Process Clause of the Fifth and Fourteenth Amendments brought under 42 U.S.C. § 1983

Each defendant in violation of § 552.020 RSMo, § 630.050 RSMo and Department Operating Regulation 4.152 "Administration of Psychotropic Medications Involuntarily."

Each defendant engaged in unwanted deceptive, arbitrary, capricious, bias, discriminatory practices.

See Attachments.

## III. Status of Plaintiff

Pretrial detainee and Consumer at FULTON STATE HOSPITAL

## IV. STATEMENT OF CLAIM

The issue before the Court is whether Plaintiff's involuntary medication order amounts to a deprivation of Plaintiff's "liberty" within the meaning of the Due Process Clause.

See Attachments

## V. Injuries

Grievous loss of Plaintiff's personal religious values and beliefs; mental and emotional duress.

dollars

VI. Relief

Plaintiff seeks, Injunctive Relief, Declaratory Relief, clarification of Plaintiff's legal status in relation to others in accordance with Federal Rule of Evidence 902(8) FIAT UT PETIUR WRIT OF RIGHT, actual, compensatory and consequential damages, Sixty-two million, $62,000,000 for injuries and deprivation of procedural and/or substantive due process in connection with the order for unwanted administration of antipsychotic drugs and such other relief as the Court deems necessary, just reasonable and proper.

VII. Exhaustion of Administrative Remedies Administrative Procedures

See Attachments

VIII Previous Lawsuits

I have not had a case dismissed based on the three strike rule as a Consumer in the Department of mental Health.

I have not filed other lawsuits in State or federal court dealing with the same facts involved in this action.

IX Certification and Closing

VI. Relief

Plaintiff seeks, Injunctive Relief, Declaratory Relief, Clarification of Plaintiff's legal status in relation to others in accordance with Federal Rule of Evidence 902(8) FIAT UT PETIUR WRIT OF RIGHT, actual, compensatory and consequential damages, Sixty-two million dollars 00/100 cents, $62,000,000 for injuries and deprivation of procedural and/or substantive due process in connection with the order for unwanted administration of antipsychotic drugs and such other relief as the Court deems necessary, just, reasonable and proper.

See Attachments

VII. Exhaustion of Administrative Remedies Administrative Procedures

See Attachments

VIII. Previous Lawsuits

I have not had a case dismissed based on the three strike rule as a Consumer in the Department of Mental Health.

I have not filed other lawsuits in state or federal court dealing with the same facts involved in this action.

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by

signing below, I certify to the best of my knowledge, information, and belief that this Complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-26-2026 A.D.

By: Antonio Nathaniel Speed-Bey

ANTONIO NATHANIEL SPEED-BEY

[ID Number 250196]

600 East 5th Street

Fulton, MO [65251-1753]

# CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the above document with attachments was placed in the U.S. mail at FULTON STATE HOSPITAL - located at 600 East 5th Street Fulton, MO [65251-1753] on the 26th day of the 10th month 2026 A.D. and mail to:

Edward V. Crites #33985
Assistant General Counsel
Department of Mental Health
5400 Arsenal St., Mail Stop A-16
Saint Louis, Missouri [63139]

Office of the Clerk of Court
United States District Court
Western District of Missouri
400 East 9th Street Room 1510
Kansas City Missouri [64106]

The Honorable
Antonio Nathaniel Speed-Bey [#250196]
FULTON STATE HOSPITAL
600 East 5th Street
Fulton, MO [65251-1753]

KANSAS CITY MO
27 OCT 2026

1776 ★ 2026
USA FOREVER

1776 ★ 2026
USA FOREVER

Office of the Clerk of Court
United States District Court
Western District of Missouri
400 East 9th Street, Suite 1510
Kansas City, Missouri [64106]

RECEIVED
OCT 29 PM 12:45

SCREENED BY
U.S. MARSHALS