Jurisdiction, Statement of Claim, Administrative Remedies,

Relief Attachments

PG(5)


1. Notice of Default, Intent to Sue and Refusal of Involuntary Medication Treatment. (1)
2. Notice of Clinical Due Process Hearing (5)
3. Grievance of Hearing. (6)
4. Appeal of Grievance Hearing. (7)
5. Appeal of Involuntary Administration of Psychotropic Medication Order. (9)
6. Appeal Denyed. Order Valid for Six, 6, months. (10)
7. DOR 4.152 Pre-Trial Evaluations pursuant to Section 552.020, RSMo may not be medicated without Consent of the patient. (12)
8. DOR 4.152 Refusal of medication due to Religious Belief shall be honored. (13)
9. Federal Rule of Evidence 902(8) FIAT UT PETIUR WRIT OF RIGHT. (14)

# IN THE 21st JUDICIAL CIRCUIT COURT OF ST. LOUIS COUNTY MISSOURI

STATE OF MISSOURI, )
Plaintiff, ) Cause No. 23SL-CR05030-01
VS. ) Division No. 8
ANTONIO N. SPEED-BEY, )
Defendant. )

## MEMORANDUM TO THE COURT

COMES NOW, Consumer of Fulton State Hospital, by special apperance Pro Per, Antonio Nathaniel Speed-Bey (herein after Consumer) and provides all parties, (i.e. Valerie Huhn, Director of the Department of Mental Health, Timothy Wilson, Psy.D., Director of Forensic Services, St. Louis County Missouri, John Paul Schlesinger, Prosecuting Attorney, etc. al.) Notice of Default and Intent to Sue all parties in their individual and professional capacity.

On Wednesday, the 27th day of the 8th month, 2025 A.D., said Consumer was admitted Fulton State Hospital—located at 600 East Fifth Street, Fulton Missouri—For neutralization and change of said Consumer following legal disposition:

1. Being free, independant and equal to any state or nation by way of involuntary psychiatric

medication, (i.e. duress and threats).

2. Refusing to waive unalienable and Thirteenth, 13th, Amendment Manumission Treaty Rights, Privileges and Immunities; being Pro Se by way of involuntary psychiatric medication (i.e. duress and threats).

AND to assimilate said Consumer into the English Anglo-Saxon Protestant American legal System by way of education in the Court Process in addition to involuntary psychiatric medication (i.e. duress, coercion and threats).

The Default Action(s) of total failure to respond in a timely manner to said Consumer's objections or legal motion(s) in Cause No. 23SL-CR05030-01; and total failure of consideration of said consumer Public Notice Document Number: 2023060200428, File Date: 2nd day of 6th month 2023 A.D. Recorder of Deeds in and for County of St. Louis Missouri; is an irreparable harm that establishes a barrier to a proper legal remedy and places said consumer in a perpetual state of involuntary slavery.

Said Consumer is not in Accord and Satisfaction with assimilating into the English Anglo-Saxon Protestant Court Process for Cause No. 23SL-CR05030-01. Under Protest. All Rights Reserved.

Said Consumer do not Consent and/or Assent with Fulton State Hospital care, treatment and volition capacity evaluation plan, job or duty. Under Protest. All Rights Reserved.

Respectfully Submitted,
By: Antonio Nathaniel Speed-Bey
ANTONIO NATHANIEL SPEED-BEY
Consumer
Fulton State Hospital
600 East Fifth Street
Fulton Missouri [65251]

# CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the above document(s) was placed in the U.S. mail at Fulton State Hospital — located at 600 East Fifth Street, Fulton, Missouri, [65251] on the 16th day of the 9th month 2025 A.D. and mail to:

Edward V. Crites #33985
Assistant General Counsel
Department of Mental Health
5400 Arsenal St., Mail Stop A-16
St. Louis, Missouri [63139]

Office of the Prosecuting Attorney
Attn: John Paul Schlesinger
St. Louis County Justice Center
100 South Central Avenue, Second Floor
Clayton, Missouri [63105]

Jessica Klotz
Clerk, Circuit Court of St. Louis County
St. Louis County Courts Building
105 South Central Avenue
Clayton, Missouri [63105]

**MIKE KEHOE**
Governor

**VALERIE HUHN**
Director
Department of Mental Health

**NORA K. BOCK, MS, LPC**
Director
Division of Behavioral Health

**RUSSEL DETREMPE, LCSW, ACSW**
Chief Executive Officer

**DEBRA SALMONS, AA**
Chief Financial Officer

**ANDREW RESNIK, M.D.**
Medical Director

**DEPARTMENT OF MENTAL HEALTH**
Division of Behavioral Health
**FULTON STATE HOSPITAL**
600 East 5th Street
Fulton, MO 65251-1753
FAX: (573) 592-3000
INTERNET: https://www.dmh.mo.gov/fulton-state-hospital
Phone: (573) 592-4100

October 6, 2026 - means of coercion

Dear Antonio Speed,

This letter is to notify you that a clinical determination has been made that involuntary medication is needed and that a clinical due process hearing has been scheduled as follows:

| | |
|---|---|
| Date: | Thursday, October, 8, 2026 |
| Time: | 10:00 AM |
| Place: | WebEx means of coercion |
| Purpose: | A Clinical Due Process Review Committee has been appointed by me to provide you with The opportunity to present facts relevant to whether an involuntary medication order should be issued. |

I have assigned a Peer Specialist to be present at this hearing. In the event that you are unable to be present because it is clinically contraindicated, or you refuse to attend, the Peer Specialist will have the opportunity to present facts relevant to whether an involuntary medication order should be issued.

You will have the right to hear evidence providing the basis for the involuntary medication. You will have the right to ask questions and the right to testify and present relevant evidence on your behalf.

Sincerely,

Russel Detrempe

Chief Executive Officer

pc: Andrew Resnik, M.D.
***************************************************************************************************************************

Client's signature: ______________________

Received on: ______________________

Notice Duty: Inform patient of treatment process request to enable the patient to prepare a defense. The right to present evidence is basic to a fair hearing. What is relevant evidence?

An Equal Opportunity Employer; services provided on a non-discriminatory basis.

(6 of 15)

STATE OF MISSOURI DEPARTMENT OF MENTAL HEALTH

**GRIEVANCE - CONSUMER**

FACILITY: Fulton State Hospital

**For alleged violations of client rights and privileges other than abuse or neglect.**

CONSUMER INVOLVED IN GRIEVANCE: Fulton State Hospital

TREATMENT UNIT: CRAFT-B

DATE: 10-6-26

IS THE CONSUMER DEAF OR HARD OF HEARING? ☐ Yes ☐ No

NAME OF PERSON RECEIVING GRIEVANCE (PLEASE PRINT NAME AND SIGN): Susan Wilson Susan Wilson

GRIEVANCE IS BEING FILED BY: ☐ Consumer ☐ Relative ☐ Employee ☐ Other (explain) ____________

DATE RECEIVED: 10/6/26

TIME RECEIVED: 4:17 ☐ A.M. ☒ P.M.

IF FILED BY CONSUMER, PERSON ASSISTING (IF ANY)

FACILITY GRIEVANCE

CONTACT NAME: PEER SUPPORT SERVICES OFFICE

PHONE EXT: 2327/3322

GRIEVANCE NUMBER(S)(see form)

**WHAT IS (ARE) YOUR GRIEVANCE(S)? PLEASE EXPLAIN IN DETAIL (add pages if needed)**

I have demonstrated safe and skillful behavior and Realistic Risk-Management and Relapse-Prevention strateiges for the last month and via using every known and available alternative to physical aggression to address the continuous problematic or dangerous behavior of two clients toward my physical, mental, emotional, spiritual well being and safety, i.e. mental, spiritual, emotional, physical, and sexual harassment from them to me. Yet the only noticeable assistance I have received from Fulton State Hospital in regard to this unwanted situation is for me to attend a hearing for force medication and the allowment of the unwanted harassment to continue.

**DESCRIBE YOUR EFFORTS TO RESOLVE THIS INFORMALLY AND THE TEAM'S RESPONSE**

Seek help from the following consistently: FRSS', SA II'S, SA III, RNS, Case managers, Psychiatrist, Forensic Examiner

**HOW WOULD YOU LIKE THIS GRIEVANCE RESOLVED?**

1. To be free from verbal, physical, mental, emotional, spiritual and sexual abuse.
2. To be free from harassment, physical or mental abuse or force medication.
3. To receive care in a safe setting.
4. To be treated with dignity as a human being.

SIGNATURE OF GRIEVANT: Antonio Nathaniel Agard-Bey

DATE: 10-6-26

**TREATMENT TEAM RECEIVED GRIEVANCE**

TREATMENT TEAM REPRESENTATIVE SIGNATURE: Ashley Meierhofer LCSW

DATE: 10/7/26

**TREATMENT TEAM RESPONSE/RESOLUTION OFFERED**

Thank you for reporting these concerns and informing staff when these issues arise; please continue to do so. A incident report has been filed based on these concerns. As discussed in case management, I will assist you in attending the due process hearing and a peer advocate will meet with you.

TREATMENT TEAM REPRESENTATIVE (PLEASE PRINT): Ashley Meierhofer, LCSW

SIGNATURE OF TREATMENT TEAM REPRESENTATIVE: Ashley Meierhofer LCSW

DATE: 10/7/26

**THE ABOVE RESOLUTION WAS EXPLAINED TO ME**

I agree with the above resolution ☐ Yes ☐ No

If "No", I wish to appeal the above resolution ☐ Yes ☐ No

SIGNATURE OF GRIEVANT

DATE

FSH-9077 (8-24)

Copies for page 1 ONLY as follows: WHITE - TEAM PINK TO CLIENT YELLOW - GRIEVANCE BOX



Case 2:26-cv-04295-RK Document 1-1 Filed 10/29/26 Page 7 of 16

October 6, 2026 A.D.

Dear Russel Detrempe, LCSW, ACSW

I understand that a clinical determination for involuntary medication was made due to my refusal to accept or tolerate sexual abuse.

Sir, I have demostrated safe and skillful behavior and Realistic Risk-Management and Relapse-Prevention strateiges for the last month and ½ by efficiently using every known and available alternative to physical aggression to address the continuous problematic or dangerous behavior of two clients toward my physical, mental, emotional, spiritual well being and safety, i.e. mental, spiritual, emotional, physical, sexual harassment from them to me. Yet the only assistance I have recieved from Fulton State Hospital in regard to this unwanted situation is for me to attend a hearing for force medication and the allowment of the harassment to continue.

Is the following Consumer right's truely without limitations as stated.

3. To safe and sanitary housing.

7. To be treated with dignity as a human being.

15. To be free from verbal, physical, and sexual abuse.

Futher more what about the facility agreement to protect and promote each of the following rights.

39. To receive care in a safe setting.

40. To be free from harassment, physical or mental abuse.

43. To be free from restraints or seclusion of any form imposed as a means of coercion, discipline convenience or retaliation by staff.

Even if I was willingly taking medication the fact still is the same. The six above stated rights of mine has not been honor or upheld by this facility. My saftey and well-being has not been a concern even after my consistently reporting.

I am a victim of continuous harassment and abuse from two specific clients. Forcing me to take medication so I will be willing to accept being victimize longer is not the appropriate solution for this facility neglecting my request and plea for relief from the harassment and abuse I am recieving. If no-one is willing or able to help. What is one to do? Give in to the harassment and abuse or defend theirself against it?

This letter is to notify you that since Aug. 27, 2025 A.D. I have been a pillar in this community and my life depends on your assistance. With all due respect,

Sincerely,

[signature]

Antonio Nathaniel Speed-Bey,

Consumer,

CRAFT-B.

☐**DO NOT CONCUR** with involuntary administration of psychotropic medication.

| COMMITTEE MEMBERS PRESENT | | |
|---|---|---|
| CHAIRPERSON (PRINTED NAME/TITLE)<br>Naveen Yarasi, M.D | SIGNATURE<br>Y. Naveen Kumar MD | DATE<br>10/8/26 |
| MEMBER (PRINTED NAME/TITLE)<br>Kaly Klick | SIGNATURE<br>Katy Kirk LCSW | DATE<br>10.8.2026 |
| MEMBER (PRINTED NAME/TITLE<br>Amy Lewis | SIGNATURE<br>Amy Lewis PhD | DATE<br>10/8/2026 |

NOTICE: The patient has the right to appeal this decision to the Chief Clinical Officer-Adult Services by filing a written appeal within twenty-four (24) hours of receipt of this report. Either the peer specialist or patient advocate shall assist in the appeal process if so requested by the patient.

☒ I do wish to appeal.

☐ I do not wish to appeal.

Patient's Signature: Antonio Nathaniel Speed-Bey  Date: 10-8-26

| EMPLOYEE SERVING COPY TO PATIENT | DATE/TIME SERVED |
|---|---|
| Maureen Schupp, MSW, LCSW | 10-8-26 3:15 PM |

It is my familys religious belief and practices to not consume any substance that alters the way the Creator has created us.

I have not been civilly commited and/or convicted of a crime that has cause me to lose the right of being in executive control over all affairs pertaining to my health and life that was given to me by the Creator. Nor have I, my parents, guardian, family members or any attorney granted any person, individual connected with the Department of Mental Health Clinical Due Process Hearing and or Fulton State Hospital and or the Department of Mental Health, the duty, right, privilege. Zyprexa, Lithium etc effects the neurotransmitters of my brain and will cause an imbalance that will change my ability to express myself and will cause an imbalance that will change my ability to express myself and/or be the individual my Creator has created me to be and thereby stoping me from worship the Creator in according with my family belief and practices.

As an Administrative Agency with the specific government function of Mental Health the Agency power is over the behavior displayed within the building of the Agency. Events not govern by the Agency 13 to 30 years ago should never be the issue of behavior not displayed within the building.

I have been within this building for over one year with no alteration. An investingation into the altercation is warrent. To speek with passion and conviction is not evidence of mental illness or mental disorder.



I am not in agreement with taking psychotropic medication against my will and religious belief and practices.

MIKE KEHOE
GOVERNOR

VALERIE HUHN
DIRECTOR

STATE OF MISSOURI
**DEPARTMENT OF MENTAL HEALTH**
1706 EAST ELM STREET, P.O. BOX 687
JEFFERSON CITY, MISSOURI 65102
PHONE: (573) 751-4122 FAX: (573) 751-8224
www.dmh.mo.gov

October 14, 2026

Antonio Speed
Fulton State Hospital
600 E. Fifth St.
Fulton, MO 65251

Dear Mr. Speed:

This letter is in response to your appeal of the Clinical Due Process Review Committee's decision regarding use of involuntary psychotropic medications per DOR 4.152, "Administration of Psychotropic Medications Involuntarily". Department operating Regulation

In considering your appeal, I have reviewed the records pertinent to the Clinical Due Process hearing from October 8, 2026. 10.4 video footage
10.5 Forensic Evaluation statement "loud and appeared on edge".

On the basis of this review, I am denying your appeal for the following reasons:

- You exhibit symptoms of a mental illness diagnosed as Delusional Disorder.
- Due to your mental illness, you have engaged in repeated acts of aggression towards others. (Full consideration not given to the causes for adverse behavior); circumstances in which it occurred.
- You have been given the opportunity to take the recommended medications voluntarily, but due to lack of insight from the severity of the illness you have refused to take medications voluntarily.
- The medications recommended by your treating psychiatrist (Jairam Das and Grace Munthali) are the medically appropriate treatment for your mental illness.
- Through close monitoring by the nursing staff and the required labs, any potential for side-effects from the prescribed medications can be detected early and intervened.
- The benefits of treatment with psychotropic medications outweigh the potential risks.
- Psychotropic medications are the least restrictive treatment for your medical condition.
- Blood draws for lab testing to ensure safe administration of medications is also needed.

Your involuntary psychotropic medication order will be valid for 6 months beginning today.

Deprivation of liberty interest 5th and 14th Amendment
Been deprived of Personal dignity and services considerate and respectful of personal values and beliefs.
This deprivation inflicts a grievous loss of personal religious values and beliefs.

*An Equal Opportunity Employer; services provided on a nondiscriminatory basis.*

Sincerely

Angeline Stanislaus, M.D.
Chief Medical Director - Abuse of Discretion -

AS/sm

cc: Russel Detrempe, COO
Andrew Resnik, MD, Medical Director
Naveen Yarasi, MD, CDP Hearing Chairperson
Jairam Das, MD, Treating Psychiatrist
Grace Munthali, APRN
Maureen Schupp
Tammy Smiley

*An Equal Opportunity Employer; services provided on a nondiscriminatory basis.*

Patients admitted for Inpatient Pre-Trial Evaluations pursuant to Section 552.020, RSMo, and detainees pursuant to Section 632.480 et seq., RSMo., may not be medicated, absent an emergency, without either the consent of the patient, or expressed written consent from the committing court. The psychiatrist must communicate the desire to medicate such a patient to a designated assistant general counsel, who will communicate with the committing court and obtain a written order from the judge.

For all other involuntary patients over 18 who refuse psychotropic medication in a non-emergency situation, when the patient is gravely disabled and/or a danger to herself/himself or others, the treating psychiatrist shall make a referral for hearing before the Clinical Due Process Review Committee.

(A) **Clinical Due Process Review Committee:** The Clinical Due Process Review Committee shall be appointed by the Chief Operating Officer (COO) and shall consist of the following three voting members:
  (1) A non-treating psychiatrist, who shall act as chairperson
  (2) A non-treating Qualified Mental Health Professional
  (3) A designee of the COO of the patient's facility

(B) **Pre-Hearing:**
  (1) The hearing provided for in (2)(C) should be set within 5 business days of the determination for the need for involuntary medication.
  (2) The COO or designee will determine the availability of the Clinical Due Process Review Committee members and schedule a date for the hearing.
  (3) The COO/designee of the facility will assign a certified mental health peer specialist or patient advocate who will meet with the patient to determine why the patient is unwilling to take psychotropic medications.
  (4) Within 24 hours of the determination of the need for hearing and the setting of such hearing, the COO or designee will serve notice on the patient that a clinical determination has been made that involuntary medication is needed and that a clinical due process hearing has been scheduled. The notice will contain the time, date, place, and purpose of the hearing. The notice will inform the patient of the right to hear evidence providing the basis for the involuntary medication, and the right to ask questions, testify and present relevant evidence in her/his behalf.

(C) **Hearing:**
  (1) The patient will be present at the hearing unless it is clinically contraindicated or the patient refuses to attend. The peer specialist or patient advocate will be present at the hearing. If the patient's clinical condition is such that the patient's attendance at the hearing is not feasible, the Committee will state the reasons for determining that the presence of the patient is not feasible, and will allow the peer specialist or patient advocate an opportunity to present facts relevant to whether an involuntary medication order should be issued.

medication and the possible side effects, and why involuntary psychotropic medication is the least restrictive treatment

4. If the patient refuses to receive psychotropic medication, the patient may be discharged from the program if medication is the primary treatment for the patient's condition, no other treatment is suitable for the patient's condition, and the patient has adequate mental capacity and does not present a reasonable likelihood of serious harm to self or others.
5. If the patient is determined to lack adequate mental capacity but is not imminently dangerous, clinicians shall proceed by filing for guardianship. Until the guardianship process is completed, the patient's refusal to take medication should be honored, absent an emergency.
6. If the patient presents a likelihood of serious physical harm to himself or others, the patient's voluntary status should be changed to involuntary status, and the guidelines of section (2) of this DOR should be followed.

(5) REFUSAL OF MEDICATION DUE TO RELIGIOUS BELIEF

(A) Any patient not under guardianship who is currently an active, practicing member of a generally recognized, organized church or religion which teaches reliance upon treatment by prayer or other spiritual means of healing may refuse the administration of medication unless an emergency exists as defined in section (1) of this DOR.

(B) Whenever a patient seeks to refuse medication due to religious belief, the COO shall convene and chair a review panel consisting of a facility chaplain, a licensed social worker, a psychologist and the medical director. The panel shall seek advice from an outside member of the patient's religion or church whenever possible. The panel shall interview the patient, review records, and seek outside advice and confirmation that:

1. the patient's religion is a generally recognized, organized faith which teaches reliance on spiritual means;
2. the patient has been and is currently an active participating member.

(C) If the review panel confirms sections 5(B) 1 and 2, the patient's refusal of medication shall be honored. If either section 5(B) 1 or 2 are not confirmed, the refusal will be handled as set forth in section (2) of this DOR.

*HISTORY: Original DOR effective January 1, 1995. Amendment effective July 1, 1997. amendment effective May 1, 1997. Amendment effective October 1, 2002. On July 1, 2006 the sunset date was extended to July 1, 2009. On July 1, 2009, the sunset date was extended to July 1, 2012. Amendment effective May 3, 2011. On June 17, 2014, the sunset date was extended to July 1, 2017. Amendment effective May 5, 2017. Amendment effective October 2, 2017. On June 8, 2021, the sunset date was extended to July 1, 2024. One May 30, 2024, the sunset date was extended to July 1, 2027.*

RULE OF EVIDENCE 902(8) FIAT UT PETIUR WRIT OF RIGHT

CERTIFICATE OF NON-CITIZENSHIP DEJURE NATIONAL STATUS

According to the principals of Nationality 1. Jus Sanguinis, Right of blood and tribe 2. Jus Soli, Right of Soil; the following statement(s) of Law, <Jura sanguinis nullo jure civile dirimi possunt> The right of blood and Kindred cannot be destroy by any civil law. 14 Allen 562. The decision to abandon one's [U.S. Citizen] status while retaining their <National> status under [Title 8 U.S.C. § 1401] is guaranteed by 15 Stat. at L. 223, Chap. 249 § 1; R.S. § 1999 [Title 8 U.S.C. § 800] 1940 A.D.

NON-CITIZENSHIP OATH

OATH OF ALLEGIANCE: I, Antonio Nathaniel Speed-Bey, pledge my allegiance to the flag of the United States of America and to the Republic for which it stands ONE NATION under GOD indivisible with LIBERTY and JUSTICE for all.

ADMINISTER OF OATHS:

OATH OF ALIVE BORN

AUTHORIZED BY THE A... OF
JULY 7, 1955, AS AMEND.
ADMINISTER OATHS (18 U.S.C. ...4)

CERTIFICATE OF DE JURE NATIONAL STATUS PROCLAMATION

1. De jure National name: Antonio Nathaniel Speed-Bey

2. Domicile Origin of Parents: AMERICA 3. Citizenship of Parents: Americans

4. Domicilium Origin, Place of Birth of Dejure National: Missouri

5. Birth Date of Dejure National: 4-29-77 A.D. 6. Sex: Male

7. SSN: [Title 5 U.S.C. § 552 (a)]; § 7 of Public Law 93-579

8. Address: Glendale Ct. - 34 SAINT LOUIS, Mo. Near [63136-9997]

9. De jure national status: Hebrew / Moorish. The Hebrew-Americans are the descendants of the ancient Canaanite nation from the holy land of Canaan. The modern name for Canaanites is Hebrews. The Moorish-Americans are the descendants of the ancient Moabites whom inhabited the Northwestern and Southwestern shores of Africa. Morroccans is the modern day

[redacted]



name for Moabites.

10. De jure national ethnic identity: One's national ethic identity is honor thru/through the usage of the El or Bey tribal name being annexed to one's surname whenever it's written and/or spoken. This act of annexation is not the same as changing one's name because with this act of annexation one is Proclaiming and/or adding their Nationality as a part and partial of their identification. Every full life private natural person is created by their Creator with a Nationality.

11. Public Authority Agency: Sicut liberis captis status restituitur sic servus domino. Nor can the master emancipate the slave within the state except through the agency of a public authority. 978 Coalition OF AMERICA National Charter Number N01260478 is the public authority agency who holds ANTONIO NATHANIEL SPEED-BEY national origin contract since 10-7-12 A.D.

12. Proclaimnation: Fiat jus, ruat justita

VERIFICATION

State of Kansas )

County of Leavenworth ) SS

I do declare that the statements made in the foregoing FIAT UT PETIUR WRIT OF RIGHT is true and correct under the penalty of perjury under the laws of The United States of America.

By: Antonio Nathaniel Speed-Bey, Sultan Sui Juris

Subscribed and sworn to before me a Notary Public this 28th day of June 2016

Notary Public: [signature]

JORDAN TOOT
Notary Public - State of Kansas
My Appt. Expires 8-10-2019